

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-15-00630-CR

Troy Stanley **STAIR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0709-CR-B
Honorable William Old, Judge Presiding

## O R D E R

    State's motion for extension of time to file their brief is granted. The State's brief is due on February 20, 2017.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court